**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-7571**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KARIM FARUQ, a/k/a Charles Williams,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CR-91-217-K, CA-99-2363-CCB)

_____

Submitted:  July 27, 2000          Decided:  August 1, 2000

_____

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Karim Faruq, Appellant Pro Se.  Katharine Jacobs Armentrout, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Karim Faruq seeks to appeal the district court's order dismissing without prejudice his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Faruq</u>, Nos. CR-91-217-K; CA-99-2363-CCB (D. Md. Aug. 31, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>
